■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IGASIO BERMEJO, Appellant. [714 NYS2d 689] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Friedman, J.), rendered December 3, 1996, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the Supreme Court did not err in granting the People's reverse-*Batson* motion (*see, Batson v Kentucky,* 476 US 79; *People v Payne,* 88 NY2d 172; *People v Richie,* 217 AD2d 84). Moreover, the Supreme Court properly denied the defendant's *Batson* motion, as he failed to sustain his burden that the explanations proffered by the prosecutor for the peremptory challenge were pretextual (*see, Purkett v Elem,* 514 US 765; *People v Allen,* 86 NY2d 101, 104; *People v Richie, supra*).

The defendant's remaining contentions are unpreserved for appellate review, and, in any event, without merit. Santucci, J. P., Sullivan, McGinity and Luciano, JJ., concur.